# Court of Appeals
# of the State of Georgia

ATLANTA,  March 29, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1248. SANCHEZ-MARTE v. THE STATE.**

The appeal of the above-referenced case was docketed on February 14, 2018, and the appellant was notified that his enumerations of error and brief were due within 20 days of docketing (*i.e.,* by March 6, 2018). As of March 29, 2018, appellant had failed to file his enumerations of error and brief and had not moved for an extension of time in which to file. Thus, this appeal is ***DISMISSED***.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/29/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*